**ERWIN v. TWEED**

[359 N.C. 64 (2004)]

WALTER CLARK ERWIN v. LENA LOWDERMILK TWEED

No. 499A03

(Filed 7 October 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 579, 583 S.E.2d 717 (2003), reversing an order and declaratory judgment signed 31 May 2002 by Judge James L. Baker, Jr. in Superior Court, Burke County. Heard in the Supreme Court 13 September 2004.

*Bryce Thomas & Associates, by Bryce O. Thomas, Jr., for plaintiff-appellee.*

*Willardson, Lipscomb & Miller, L.L.P., by William F. Lipscomb, for unnamed defendant-appellant N.C. Farm Bureau Mutual Insurance Company.*

PER CURIAM.

AFFIRMED.